SpencerFane

September 24, 2026

**VIA ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 1506
New York, New York, 10007

**Re:** ***medmix Switzerland AG v. Dardashty et al***
**Case No. 1:26-cv-02895-RA**

Dear Judge Abrams:

We represent Plaintiff medmix Switzerland AG ("medmix"). On September 18, 2026, defendants David Dardashty, Eliyahu Dardashty, Discount Dental Supply, Inc., and LV Dental Supply submitted a Motion to Dismiss the Amended Complaint. (Dkt. 40).

The parties have agreed to the following briefing schedule for the Motion to Dismiss:

- Motion to Dismiss – filed September 18, 2026
- Opposition to Motion to Dismiss – due **October 9, 2026**
- Reply to Opposition to Motion to Dismiss – due **October 23, 2026**

The parties jointly request that the court approve the above briefing schedule and adjourn the deadlines to submit the joint letter and case management plan and the initial status conference until after the Motion to Dismiss has been fully briefed.

Application granted. The remaining deadlines are adjourned sine die.

SO ORDERED.

Hon. Ronnie Abrams
September 25, 2026

Respectfully,

Michael T. Murphy
Spencer Fane LLP
1233 Twentieth Street NW, Suite 600
Washington, D.C. 20036
(202) 293-0585